

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-15-00175-CV |
| IN RE: MVT SERVICES, L.L.C., | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator′s petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of El Paso, Texas, and concludes that Relator′s emergency motion for stay and the petition for writ of mandamus should be denied. We therefore deny the motion and the petition for writ of mandamus, in accordance with the opinion of this court.

All costs herein having been paid, no further order is made with respect thereto.

IT IS SO ORDERED THIS 5TH DAY OF JUNE, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating